143 A.3d 309

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DEWIGHT GREER, DEFENDANT–RESPONDENT.

August 24, 2016.

ORDER

It is ORDERED that the miscellaneous motion to withdraw the appeal (A–78–15) is granted.